FILED BY _____ D.C.

05 SEP -9 PM 3: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

2005 SEP -7 PM 2: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * |
| MARTRELL HARRIS, | * |
| | * |
| Defendant. | * |

Cr. No.   04-20140-M1

**MOTION GRANTED**

JON PHIPPS McCALLA
**U.S. DISTRICT JUDGE**

Sept 9, 2005
DATE

## JOINT MOTION TO CONTINUE SEPTEMBER 13, 2005
## SENTENCING

The United States and the defendant jointly move the Court to
continue the September 13, 2005 sentencing in this case for 60 days
to permit the disposition of the cases of the co-defendants.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN   38103
(#11392 Tennessee)

By: _____
for RANDALL SALKY
Attorney for Defendant

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___9-9-05___

234

## CERTIFICATE OF SERVICE

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion to Continue Sentencing Date has been mailed, first class postage pre-paid, to Randall Salky, Attorney at Law, P.O. Box 776407, Steamboat Springs, CO  80477.

This _____ day of  September, 2005.

_____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN   38103

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 234 in case 2:04-CR-20140 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT