FILED BY ____ D.C.

05 NOV 16 PM 4:12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY ____ D.C.

2005 NOV 15 PM 1:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | * Cr. No. 04-20140-M1 |
| | * MOTION GRANTED /s/ Jon P. McCalla |
| MARTRELL HARRIS, | * JON P. McCALLA |
| | * U.S. DISTRICT JUDGE |
| Defendant. | * Nov. 16, 2005 |
| | DATE |

**JOINT MOTION TO CONTINUE NOVEMBER 21, 2005 SENTENCING**

The parties jointly move the Court to continue the November 21, 2005 sentencing presently set in this case until after the January rotation docket. This continuance is requested to permit the disposition of the cases of co-defendants prior to the defendant being sentenced.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: /s/ Lorraine Craig for Tony Arvin
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#11392 Tennessee)

## CERTIFICATE OF SERVICE

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion to Continue Sentencing has been mailed, first class postage pre-paid, to Randall Salky, Attorney at Law, 266 S. Front Street, Memphis, TN  38103.

This __15__ day of November, 2005.

TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 258 in case 2:04-CR-20140 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT